**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

ROBERT PEARCE,

        Plaintiff,

v.                                                          Case No:   6:24-cv-1417-WWB-LHP

DRLLOYDER ENTERPRISES "LLC"
and DAVID LLOYD,

        Defendants

---

**ORDER**

On September 12, 2025, a judgment was entered in favor of Plaintiff and against Defendants DRLLOYDER Enterprises "LLC" and David Lloyd in the total amount of $25,999.20. Doc. No. 27. Now before the Court is Plaintiff's Motion for Writ of Garnishment as to Bank of America, N.A. Doc. No. 40. The proposed writ attached, however, related to an individual account of "Dave Lloyd," does not include a "Notice to Defendant of Right Against Garnishment of Wages, Money, and Other Property" as required. *See* Fla. Stat. § 77.041(1). And the Court notes that the named individual Defendant in this case is "David Lloyd," but the motion seeks garnishment of an account held by a "Dave Lloyd," without explanation. *See* Doc. Nos. 40, 40-1.

Accordingly, the motion (Doc. No. 40) is **DENIED without prejudice**.   Any renewed motion shall address these issues, and must be supported by an amended proposed writ that includes an attached "Notice to Defendant of Right Against Garnishment of Wages, Money, and Other Property" as required.   *See* Fla. Stat. § 77.041(1).

**DONE** and **ORDERED** in Orlando, Florida on February 18, 2026.

LESLIE HOFFMAN PRICE
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties