# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

ROBERT PEARCE,

        Plaintiff,

v.                                                                   Case No:   6:24-cv-1417-WWB-LHP

DRLLOYDER ENTERPRISES "LLC"
and DAVID LLOYD,

        Defendants

## ORDER

Before the Court is Plaintiff's Motion for Entry of Final Judgment of Garnishment as to Bank of America, N.A.   Doc. No. 45.   On review, the motion is **DENIED without prejudice**, as it fails to include a memorandum of legal authority as required by Local Rule 3.01(b).

**DONE** and **ORDERED** in Orlando, Florida on April 28, 2026.

LESLIE HOFFMAN PRICE
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties